IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID L. DANIELS     PLAINTIFF

v.     Civil No. 06-5121

SHERIFF KEITH FERGUSON;
NURSE SUE McDONALD;
DR. NEIL MULLINS; CPL. POWELL;
CPL. REAMS; OFFICER ADAMS and
OFFICER HERNANDEZ     DEFENDANTS

## **ORDER**

On August 4, 2006, the plaintiff filed a motion for protective order (Doc. 17). Defendants responded to the motion on August 14, 2006 (Doc. 18).

He asserts his mail is being opened or lost, he is not getting his medications, and he is being harassed. Plaintiff also indicates he is attempting to bond out of jail but anytime a bondsman calls the jail the bondsman is told not to bond the plaintiff out. He asserts he has been told by Judge David Clinger and the attorneys that the undersigned has the authority to order him moved to another jail.

The motion is denied. This case is in the early stages yet. Defendants just filed their answer on July 26th. Plaintiff has not prevailed on the merits in this case or shown that he is entitled to any form of injunctive relief. The plaintiff is being held on state charges. The determination of where he should be held on those charges is not for this court to make.

IT IS SO ORDERED this 15th day of August 2006.

                                             /s/ Beverly Stites Jones
                                             UNITED STATES MAGISTRATE JUDGE