```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**DAVID L. DANIELS**                                          PLAINTIFF

        v.                Civil No. 06-5121

**SHERIFF KEITH FERGUSON;
NURSE SUE McDONALD; DR.
NEIL MULLINS; CPL. POWELL;
CPL. REAMS; OFFICER ADAMS;
and OFFICER HERNANDEZ**                                       DEFENDANTS

### O R D E R

Now on this 25th day of September, 2007, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #29), and plaintiff's **Objections To Report And Recommendations** (document #31), and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

Plaintiff's Objections do not address the legal impediments to his claims, and those Objections must, therefore, be overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that plaintiff's **Objections To Report And Recommendations** (document #31) are **overruled.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, Defendants' **Motion For Summary Judgment** (document #21) is **granted in part and denied in part.**

The Motion is **granted** as to plaintiff's claims against Sheriff Keith Ferguson, Nurse Sue McDonald, Dr. Neil Mullins, Cpl. Powell, and Officer Adams.

The Motion is **denied** as to plaintiff's excessive force claims against Cpl. Reams and Officer Hernandez, and this matter is remanded to the Magistrate Judge for further proceedings as to those claims.

**IT IS SO ORDERED.**

  /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**