IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID L. DANIELS                                                                                    PLAINTIFF

       v.                              Civil No. 06-5121

CPL. REAMS; and
OFFICER HERNANDEZ                                                                            DEFENDANTS

## ORDER

This case is currently scheduled for an evidentiary hearing on March 25, 2008. On February 27, 2008, plaintiff filed a motion (Doc. 44) asking the court to order the Arkansas Department of Correction (ADC) to transport him to the Calico Rock hospital for a MRI due to the muscle injury he maintains he suffered as a result of the alleged use of excessive force by the defendants. Plaintiff asks that this be done in sufficient time so that the MRI can be used as evidence at the hearing. The motion (Doc. 44) is denied.

Plaintiff may, of course, admit into evidence any medical records showing treatment he has received for injuries sustained as a result of the alleged use of excessive force. He may also offer his own testimony as to limitations he suffers as a result of any injury he sustained.

Plaintiff has also filed a motion (Doc. 45) asking the court to direct the Washington County Sheriff's Office to transport him to his doctor's office, Dr. Regan S. Gallaher, at 3336 Futrall Drive, Fayetteville, Arkansas, before the March 25th court date. The plaintiff states he "would like to see his doctor." The motion (Doc. 45) is denied. First, the court does not know whether the ADC will transport plaintiff to Washington County the day of the evidentiary hearing or prior to that time. Typically, inmates are transported the day of the evidentiary

hearing and returned to their unit of incarceration that same day. Second, if plaintiff is transported to Washington County in advance of the evidentiary hearing, he should make his request to officials at the Washington County Detention Center.

IT IS SO ORDERED this 3rd day of March 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)