IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID L. DANIELS                      PLAINTIFF

v.            Civil No. 06-5121

CPL. REAMS; and
OFFICER HERNANDEZ                  DEFENDANTS

**<u>ORDER</u>**

On March 20, 2008, plaintiff filed a motion (Doc. 54) asking that he be allowed to correspond with witnesses throughout the Arkansas Department of Correction (ADC). He indicates most of his witnesses are incarcerated. He states the Unit he is incarcerated at is precluding him from sending his subpoenas and questionnaires out of the Unit.

Plaintiff attaches as an exhibit a form indicating two items have been confiscating: a letter addressed to Robert Mix, an ADC inmate; and a letter addressed to Chris Blount, an ADC inmate. The reason given for the seizures is listed as disciplinary/criminal evidence.

The case is currently scheduled for an evidentiary hearing on March 25th. The court has issued a writ of habeas corpus ad testificandum for Christopher Blount, ADC #137861. *See* (Doc. 41). Mr. Blount will be present at the hearing. No writ has been issued for Robert Mix. Thus the court is not sure what subpoena plaintiff was attempting to send Mr. Mix.

Plaintiff has not shown to the court's satisfaction why he needs to communicate with Mr. Blount prior to the hearing. Absent a good reason to do so, this court will not interfere with the

-1-

AO72A
(Rev. 8/82)

rules of the ADC with respect to communication with inmates in the various units.  Plaintiff will have the opportunity to ask Mr. Blount questions at the hearing.  The motion (Doc. 54) is denied.

    IT IS SO ORDERED this 24thday of March 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)